IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TONY RAPATZ, ALICE
GUERRA, and KATHERINE
GUERRA,

        Plaintiffs,

vs.                              No. CIV  12-827 RHS/LFG

JOE MARTINEZ, CHRISTIAN
LOPEZ, ROBERT VIGIL, DANNY
PACHECO, CITY OF ESPANOLA
EMPLOYEES AND SUPERVISORS
JOHN/JANE DOES 1-5, and CITY
OF ESPANOLA,

        Defendants.

## ORDER VACATING JULY 19, 2013 SETTLEMENT CONFERENCE

THIS MATTER is before the Court on a confidential position paper submitted by Defendants.  Defendants advise that their insurer, Praetorian Insurance, and its risk management company have undergone significant changes in corporate structure since the beginning of July; and, as a result, Berkley Risk Management is no longer involved in the evaluation and adjustment of Praetorian claims.  The change to a successor risk management company, North American Risk Services, is in process, and while a new adjuster has been assigned to this case, she is not yet fully briefed on the case and is not available to attend the conference on July 19, 2013.

Defendants request permission for the new adjuster to appear at the Rule 16 settlement conference by telephone.  The request is denied.  Face-to-face participation in settlement negotiations is critical to a successful conference.  Thus, the Court does not allow telephonic participation in these matters.

While the request to participate telephonically is denied, the Court will vacate the Rule 16 conference and reschedule it at a later date. Accordingly, the July 19, 2013 Rule 16 settlement conference is VACATED.

IT IS SO ORDERED.

_Lorenzo F. Garcia_
Lorenzo F. Garcia
United States Magistrate Judge