IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TONY RAPATZ, ALICE GUERRA, and
KATHERINE GUERRA,

    Plaintiffs,

v.                                      No. 12-cv-0827 RHS/SMV

JOE MARTINEZ, CHRISTIAN LOPEZ,
ROBERT VIGIL, DANNY PACHECO,
CITY OF ESPAÑOLA EMPLOYEES AND
SUPERVISORS JOHN/JANE DOES, and
CITY OF ESPAÑOLA,

    Defendants.

## ORDER EXTENDING STAY

THIS MATTER is before the Court sua sponte. On May 14, 2013, this action was stayed pending ruling on a motion for qualified immunity filed by Defendants Lopez and Martinez. [Doc. 55]. On January 13, 2014, the presiding judge denied Defendants' motion for qualified immunity without prejudice to refile an amended motion no later than February 14, 2014. [Doc. 89]. In the interest of judicial economy, the stay will be extended through February 14, 2014.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that discovery in this case is **STAYED** until February 14, 2014.

IT IS SO ORDERED.

_____
STEPHAN M. VIDMAR
United States Magistrate Judge