IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TONY RAPATZ, ALICE GUERRA, and
KATHERINE GUERRA,

    Plaintiffs,

v.                                                      No. 12-cv-0827 RHS/SMV

JOE MARTINEZ , CHRISTIAN LOPEZ,
ROBERT VIGIL, DANNY PACHECO,
CITY OF ESPAÑOLA EMPLOYEES AND
SUPERVISORS JOHN/JANE DOES, and
CITY OF ESPAÑOLA,

    Defendants.

## ORDER EXTENDING STAY

THIS MATTER is before the Court sua sponte.  On May 14, 2013, this action was stayed pending ruling on a motion for qualified immunity filed by Defendants Lopez and Martinez. [Doc. 55].  On January 13, 2014, the presiding judge denied Defendants' motion for qualified immunity without prejudice to file an amended motion no later than February 14, 2014. [Doc. 89].  Defendants Lopez and Martinez filed their amended motion on February 14, 2014. [Doc. 191].

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that discovery in this case is **STAYED** pending ruling on Christian Lopez' and Joe Martinez' Motion to Dismiss Third Amended Complaint and Consolidated Memorandum and Motion for Qualified Immunity [Doc. 191].

**IT IS SO ORDERED.**                            _____

                                                                     **STEPHAN M. VIDMAR**
                                                                       **United States Magistrate Judge**