FIRST JUDICIAL DISTRICT COURT
STATE OF NEW MEXICO
COUNTY OF Santa Fe

FILED
FIRST JUDICIAL
DISTRICT COURT
2010 JUL -2 AM 10: 13

Ezequiel D. Pacheco
**Plaintiff**

vs.

Case No. D101CV 201002268

Tony Rapatz
**Defendant**

## APPLICATION FOR A RESTRAINING ORDER

I am the Plaintiff and I request a RESTRAINING ORDER for these reasons:

1. I live in Santa Fe County, New Mexico.

2. The person or persons I want a Restraining Order against live at this address:
   [Include address, city, state and zip code]
   732 Megill St., Espanola NM 87532

3. Defendant and Plaintiff are not married or formerly married to each other, nor are they members of the same family, nor relatives nor co-parents of a child. This is not a family case.

4. Defendant has done some acts that seriously harm me. Those acts are:
   Verbal abuse, taunting, indecent exposure
   Multipal time lastest is 6/30/10 approx
   8:00pm

[Include the place, the date and the time. Do not write on the back, add extra pages if needed.]

5. I have no adequate remedy at law for the harm threatened by Defendant [such as money damages] and, if the court doesn't't act to stop the Defendant, I will suffer irreparable harm.

**PLAINTIFF REQUESTS THE COURT TO ISSUE THE FOLLOWING ORDERS:**

A. A Temporary Restraining Order until a hearing can be had on this matter;

B. A Preliminary Injunction effective until a final decision made on the merits;

C. A Permanent Injunction effective until further notice from the Court.



Exhibit A

**PLAINTIFF SPECIFICALLY REQUESTS THAT THE COURT ORDER THAT:**

✓ Defendant does not threaten, harm, alarm or annoy me or my family and household members.

___ Defendant stays at least _____ yards away from me, my residence, my workplace and my children's school.

✓ Defendant does not telephone me or contact me in any way;

✓ Defendant does not block me in public places or roads;

___ I also request that Defendant be ordered not do the following:
to have all vistors do no Verbal contact
w me or my vistors

**PLAINTIFF ALSO REQUESTS** the Defendant pay me back for the costs and expenses incurred in bringing this case and for any other relief that the Court deems proper.

RESPECTFULLY SUBMITTED:

_Esequiel W. Pacheco_
Signature of Plaintiff

ESEQUIEL D. PACHECO
Print Name

730 Magill St.
Address

Espanola NM, 87532
City/State/ Zip Code

505-753-9357
Telephone

STATE OF NEW MEXICO ) ss.
COUNTY OF Santa Fe )

I, the Plaintiff, being first duly sworn upon my oath, depose and state that I am the Plaintiff in the above-entitled cause. I have read the Application for Restraining Order. I state that the contents thereof are true and correct to the best of my information and belief.

Signature: _Esequiel W. Pacheco_

SUBSCRIBED AND SWORN TO before me this date: 7-2-10

My Commission Expires: _____

_Jennifer Vigil_
NOTARY PUBLIC
Deputy Clerk

**Exhibit A**