FIRST JUDICIAL DISTRICT COURT
COUNTY OF SANTA FE
STATE OF NEW MEXICO

CASE NO.   D-0101-CV-201002268

**ESEQUIEL D. PACHECO,**
      Plaintiff,

vs.

**TONY RAPATZ,**
      Defendant.

FILED IN OPEN COURT THIS 30th DAY OF July 2010 AT 4:39 P.M.

Barbara J. Vigil
District Judge

**PERMANENT INJUNCTION AND RESTRAINING ORDER**

THIS MATTER having come before the Court on July 30, 2010, upon the Plaintiff's Temporary Restraining Order and the Plaintiff and Defendant having appeared in person and pro se. The Court FINDS:

1. That the Defendant shall not threaten, harass, yell at, harm, alarm or annoy Plaintiff.

2. Defendant shall not threaten, harass, yell at, harm, alarm or annoy Plaintiff or Plaintiff's family and household as named here: Mrs. Pacheco and Danny Pacheco

3. That the Defendant shall not telephone Plaintiff or contact Plaintiff in any way, either directly or through others.

4. That the Defendant shall not block Plaintiff in public places or roads.

5. The Defendant's guests and friends while visiting the Defendant are restrained from doing the same.

IT IS THEREFORE ORDERED THAT:

1. That the Defendant shall not threaten, harass, yell at, harm, alarm or annoy Plaintiff.

2. Defendant shall not threaten, harass, yell at, harm, alarm or annoy Plaintiff or Plaintiff's family and household as named here: Mrs. Pacheco and Danny Pacheco

# Exhibit B

3. That the Defendant shall not telephone Plaintiff or contact Plaintiff in any way, either directly or through others.

4. That the Defendant shall not block Plaintiff in public places or roads.

5. The Defendant's guests and friends while visiting the Defendant are restrained from doing the same.

6. That this order is a permanent order unless otherwise directed by the Court.

_____
BARBARA J. VIGIL
DISTRICT JUDGE

# Exhibit B