*filed in open court this 11th day of May, 2010 at 5:08 pm*

[signature]

STATE OF NEW MEXICO
[COUNTY OF RIO ARRIBA]
[CITY OF ESPANOLA]
DISTRICT COURT No. 1

[STATE OF NEW MEXICO]
[COUNTY OF RIO ARRIBA]
[CITY ESPANOLA]
    v.
Tony Rapatz, Defendant
ADDRESS: 732 Megill
Espanola NM 87532
DOB: 07/21/72
SSN: 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

## Search warrant

THE [STATE OF NEW MEXICO] [CITY OF ESPANOLA]
TO ANY OFFICER AUTHORIZED TO EXECUTE THIS WARRANT:
Proof by Affidavit for **NIGHT TIME, NO KNOCK** Search Warrant, having been submitted to me, I am satisfied that there is probable cause that the person named or property described in the Affidavit is located where alleged in the Affidavit and I find that grounds exist for the issuance of the Search Warrant. A copy of the Affidavit is attached and made a part of this warrant. *Based on the existence of firearms in the home night time-no knock is authorized for officer safety.* [initials]
YOU ARE HEREBY COMMANDED to search forthwith the person or place described in the Affidavit between the hours of 10:00 p.m and 6:00 a.m, for the person or property described in the Affidavit, serving this Warrant together with a copy of the Affidavit, and making the search and if the person or property be found there, to seize the person or the property and hold for safekeeping until further order of the court.

You are further directed to prepare a written inventory of any person or property seized. You are further directed to file the return and written inventory with the Court promptly after its execution.

Dated this __11__ day of __May__, __2010__.

[signature]
_____
JUDGE
5:08 pm

- 8 -

Exhibit E