IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TONY RAPATZ, ALICE GUERRA, and
KATHERINE GUERRA,

    Plaintiffs,

v.                                                   No. 12-cv-0827 JCH/SMV

JOE MARTINEZ, CHRISTIAN LOPEZ,
ROBERT VIGIL, DANNY PACHECO,
CITY OF ESPAÑOLA EMPLOYEES AND
SUPERVISORS JOHN/JANE DOES, and
CITY OF ESPAÑOLA,

    Defendants.[1]

**ORDER SETTING IN-PERSON MOTION HEARING,
DIRECTING COUNSEL TO CONFER ON PENDING DISCOVERY DISPUTES,
AND DIRECTING COUNSEL TO FILE A JOINT STATEMENT**

    **Date and time**:    March 23, 2015, at 9:30 a.m.

    **Matter to be heard**:    Plaintiffs' Motion to Compel Directed to Defendant City of Española [Doc. 156]

                                Plaintiffs' Motion to Compel Directed to Defendant Robert Vigil [Doc. 157]

                                Plaintiffs' Motion to Compel Directed to Defendant Danny Pacheco [Doc. 158]

A hearing on the pending discovery motion [Docs. 156, 157, and 158] is hereby set for **March 23, 2015, at 9:30 a.m.** in the Doña Ana Courtroom, on the Third Floor of the United States Courthouse at 100 North Church Street in Las Cruces, New Mexico. **Lead trial counsel for both parties must appear in person.** In view of the large number of discovery requests in dispute, counsel should set aside the entire day for the hearing.

---

[1] Defendants Joe Martinez and Christian Lopez were dismissed as parties on September 30, 2014. [Doc. 135].

It does not appear that the parties have held the good-faith conference anticipated by Fed. R. Civ. P. 37(a)(1) and D.N.M.LR-Civ. 7.1(a). The Court hereby directs counsel for Plaintiffs and counsel for Defendants to confer, no later than **Friday, March 13, 2015,** in a good-faith effort to resolve their discovery disputes. By "confer," the Court means a conference, preferably in person, but at the very least by telephone, at which counsel are to discuss each discovery dispute and see whether the dispute can be resolved, entirely or in part. No later than **12:00 p.m. on Tuesday, March 17, 2015,** counsel shall file a joint statement advising the Court as to which disputes have been resolved and which remain to be decided.

**IT IS THEREFORE ORDERED** as follows:

| | |
|---|---|
| **Counsel to confer on pending discovery disputes by:** | March 13, 2015 |
| **Counsel to file joint statement on pending discovery disputes by:** | March 17, 2015, at 12:00 p.m. |
| **In-person hearing on pending discovery motions [Docs. 156, 157, and 158]:** | March 23, 2015, at 9:30 a.m. |

**IT IS SO ORDERED.**

                                                     **STEPHAN M. VIDMAR**
                                                     **United States Magistrate Judge**