**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

TONY RAPATZ, ALICE GUERRA, and
KATHERINE GUERRA,

        Plaintiffs,

vs.                                      Case No. 1:12-CV-827-
RHS/SMV
JOE MARTINEZ, individually;
CHRISTIAN LOPEZ, individually;
ROBERT VIGIL, individually;
DANNY PACHECO, individually; and
CITY OF ESPANOLA EMPLOYEES and SUPERVISORS JOHN/JANE DOES 1 through 5,
individually,

        Defendants.

**JOINT DISCOVERY STATEMENT**

       Pursuant to this Court Order [*Doc.163*] the below listed counsel submits this joint statement regarding their March 12, 2015 good faith meeting discussing each discovery dispute that is the subject of Plaintiffs' Motions to Compel [*Doc.156, Doc.157 and Doc.158*]:

    1.     Nathaniel V. Thompkins
           NEW MEXICO FIRM, LLC
           103 St. Francis Drive, Unit A
           Santa Fe, NM 87501
           505-988-9750
           Fax: (866) 657-8780
           Email: nate@newmexicofirm.com
           *Attorney for Plaintiffs*

    2.     Robert L. Cole
           ROBERT L. COLE LAW OFFICES
           PO Box 50129
           Albuquerque, NM 87181
           Email: rlc@rcolelaw.com
           *Attorneys for Defendants City of Espanola, et al.*

## **GOOD FAITH MEETING**

Counsels met on March 12, 2015 and discussed the discovery issues regarding the Defendant City of Espanola, Defendant Robert Vigil and Defendant Danny Pacheco's discovery answers and responses. Defendants counsel pointed out areas of confusion regarding certain of Plaintiffs' interrogatories.  Plaintiffs' counsel, after the meeting, wrote a letter to Defendants' counsel in attempt to clarify those interrogatories that he understood might be confusing. Counsel for the Defendants replied via e-mail that he was hoping that those interrogatories and requests for production of documents would be re-worded and resubmitted. Upon resubmission, defense counsel would meet with each of his clients and answer those interrogatories and respond to those requests for production. Defense counsel also agreed that some of the answers and responses could have been answered more completely or clearly. To that end defense counsel agreed to meet with his clients and revisit and clarify <u>all of the answers and responses</u>, not only those to which objection have been raised.

Counsels for both Plaintiffs and Defendants were therefore not able to resolve any of the outstanding issues regarding the current discovery dispute.

Submitted By:
NEW MEXICO FIRM, LLC

By:    <u>/s/ Nathaniel V. Thompkins</u>
        Nathaniel V. Thompkins
        103 St. Francis Drive, Unit A
        Santa Fe, NM 87501
        505-988-9750
        Fax: (866) 657-8780
        Email: nate@newmexicofirm.com
        *Attorney for Plaintiffs*

Submitted by:
ROBERT L. COLE LAW OFFICES

By:     /s/ Robert L. Cole
        Robert L. Cole
        PO Box 50129
        Albuquerque, NM 87181
        Email: rlc@rcolelaw.com
        *Attorneys for Defendants City of Espanola, et al.*