# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**TONY RAPATZ, ALICE GUERRA, and
KATHERINE GUERRA,**

      **Plaintiffs,**

**v.**                                                                 **No. 12-cv-0827 JCH/SMV**

**JOE MARTINEZ, CHRISTIAN LOPEZ,
ROBERT VIGIL, DANNY PACHECO,
CITY OF ESPAÑOLA EMPLOYEES AND
SUPERVISORS JOHN/JANE DOES, and
CITY OF ESPAÑOLA,**

      **Defendants.[1]**

## AMENDED ORDER SETTING IN-PERSON MOTION HEARING

**Date and time**:      March 31, 2015, at 9:30 a.m.

**Matter to be heard**:  Plaintiffs' Motion to Compel Directed to Defendant City of
Española [Doc. 156]

Plaintiffs' Motion to Compel Directed to Defendant Robert Vigil
[Doc. 157]

Plaintiffs' Motion to Compel Directed to Defendant Danny
Pacheco [Doc. 158]

A hearing on the pending discovery motion [Docs. 156, 157, and 158] was set for
March 23, 2015, at 9:30 a.m. [Doc. 163]. The hearing set for March 23, 2015, is VACATED
and RESET for **March 31, 2015, at 9:30 a.m.** in the **Animas Courtroom**, on the Third Floor of
the United States Courthouse at 100 North Church Street in Las Cruces, New Mexico. **Lead
trial counsel for both parties must appear in person.** In view of the large number of
discovery requests in dispute, counsel should set aside the entire day for the hearing.

---

[1] Defendants Joe Martinez and Christian Lopez were dismissed as parties on September 30, 2014. [Doc. 135].

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**