# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

Before the Honorable Stephan M. Vidmar
United States Magistrate Judge

**Clerk's Minutes**

*Rapatz v. Martinez*, 12-cv-0827 JCH/SMV

---

**April 30, 2015**

| | |
|---|---|
| **Attorney for Plaintiffs:** | Nathaniel V. Thompkins |
| Plaintiffs in Attendance: | Tony Rapatz |
| | Alice Guerra |
| | Katherine Guerra |
| Others in Attendance: | Richard Green |
| | Bina Thompkins |

| | |
|---|---|
| **Attorney for Defendants**: | Robert L. Cole |
| Defendant in Attendance: | Robert Vigil |
| Others in Attendance: | Thomas Howell (Insurance Adjustor, Crawford and Co.) |

| | |
|---|---|
| **Proceedings**: | Settlement Conference |
| | Mimbres Courtroom |
| | Pete V. Domenici United States Courthouse |
| | 333 Lomas Boulevard NW, Albuquerque, New Mexico |

**Total Time**:  3 hours

**Notes:**  — The case did not settle.