**69.1**

    i. Citizenship
    j. Ethnic origin
    k. Social Security number
    l. Date of birth and age
    m. Race
    n. Sex
    o. Description
    p. Vehicle information
    q. Prior criminal records check
    r. Comments about the Confidential Informant that the Detective deems necessary
    s. Confidential Informants code name and normal signatures
    t. Left and right thumb prints
    u. Photograph of the informant
    v. A history of their information, the reliability of that information, and transactions.
    w. Any involvement of a Confidential Informant in an actual operation.

B. The Confidential Informant files will be maintained by the Unit Sergeant of any Detective/Agent who is using a Confidential Informant. In addition, the Investigations Section Sergeant/Lieutenant will maintain a master file of all Confidential Informants used by the Espanola Police Department.

C. On a semi-annual basis, each Confidential Informant file will be reviewed and updated. In addition, on an annual basis, the files of Confidential Informants who have been inactive for five (5) years will be destroyed.

D. Due to the sensitive nature contained within the Confidential Informant reports, their security is important.

    1. The unit Sergeant will maintain their unit's confidential informant files in a locked and secured filing cabinet within their office. Access to this material is to be limited only to those persons directly involved with the individual informant. Confidential Informant files should not leave the office of the unit sergeant even while being viewed.

    2. The Investigation Sec. Sergeant/Lieutenant will maintain the Master Confidential Informant file for the Espanola Police Department. This file will be locked and secured in a locked safe in a secure property room, with access limited only to those persons directly involved with the file.

E. In addition to the security of the Unit Confidential Informant files and the Master Confidential Informant files, Detectives should carefully consider where they are and who is present when discussing Confidential Informants. Furthermore, the use of a Confidential Informants name, code name, or number will never be referred to in any written report or affidavit. However, if the detective has independent corroboration of the Confidential Informant's information it should be included. At no time will a detective reveal the identity of the Confidential Informant, unless under a legal court order to do so, which would occur in a in-camera hearing in a criminal prosecution. It should, however, be considered whether it would be in the interest of the Confidential Informant's safety to drop the criminal case prior to revealing that information.

F. Caution should be used in the dealing with Confidential Informants and the information they provide. When it is necessary to meet with a Confidential Informant, a detective/officer should not do so alone.

G. In addition, meetings between detectives/officers and Confidential Informants of the opposite sex, or whose sexual preference may create a situation susceptible to compromise through alleged improprieties, shall be avoided when possible.

H. The use of juvenile confidential informants is discouraged, although it is acknowledged that situations will arise when they will be used. When this occurs, the parents or legal guardian of the juvenile must give their written consent before the juvenile can be used.

14

**Exhibit C**