UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TONY RAPATZ, ALICE GUERRA, and
KATHERINE GUERRA,

        Plaintiffs,

vs.                                                            Cause No.: 1:12-cv-00827- JCH-SMV

CITY OF ESPANOLA;
ROBERT VIGIL, individually;
DANNY PACHECO, individually; and
CITY OF ESPANOLA EMPLOYEES and SUPERVISORS JOHN/JANE DOES 1 through 5, individually,

        Defendants.

**ORDER EXTENDING DISCOVERY DEADLINE**

This matter came before the Court on Plaintiffs' Unopposed Motion to extend the case management deadline set in this matter under the current Scheduling Order [*Doc.146*]. The Court, having reviewed the pleadings and otherwise being fully advised in the premises, finds that good cause exists to grant the motion.

    **IT IS THEREFORE ORDERED** that:

1. The May 18, 2015 discovery termination date is VACATED and EXTENDED to November 14, 2015;

2. The June 8, 2015 deadline to file motions relating to discovery (including, but not limited to, motions to compel and motions for protective order) is VACATED and EXTENDED to December 5, 2015;

3. The June 18, 2015 pretrial motions deadline is VACATED and EXTENDED to December 15, 2015;

4. The August 3, 2015 consolidated pretrial order date for Plaintiffs to Defendants is VACATED and EXTENDED to January 30, 2016; and

5. The August 17, 2015 consolidated pretrial order date for Defendants to Plaintiffs is VACATED and EXTENDED it to February 11, 2016.



                                                Stephan Vidmar
                                                United States Magistrate Judge

| SUBMITTED BY: | APPROVED AS TO FORM: |
|---|---|
| /s/ Nathaniel V. Thompkns | electronically approved 5/1/2015 |
| Nathaniel V. Thompkins | Robert Cole |
| 103 St. Francis Drive, Unit A | 6303 Indian School Rd., N.E., Ste.100 |
| Santa Fe, NM 87501 | Albuquerque, NM 87110 |
| (505) 988-9750 | (505) 872-862 |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |



2 | P a g e