IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TONY RAPATZ, ALICE GUERRA, and
KATHERINE GUERRA,

    Plaintiffs,

v.                                                                 No. 12-cv-0827 JCH/SMV

JOE MARTINEZ, CHRISTIAN LOPEZ,
ROBERT VIGIL, DANNY PACHECO,
CITY OF ESPAÑOLA EMPLOYEES AND
SUPERVISORS JOHN/JANE DOES, and
CITY OF ESPAÑOLA,

    Defendants.[1]

## ORDER GRANTING IN PART AND DENYING IN PART
## PLAINTIFFS' MOTION TO EXTEND DISCOVERY DEADLINES

THIS MATTER is before the Court on Plaintiffs' Unopposed Motion to Extend Case Management Deadlines [Doc. 181], filed on May 6, 2015. The Court, having reviewed the record and otherwise being fully advised in the premises, finds that good cause exists to grant the motion in part. Certain deadlines in the Scheduling Order [Doc. 146] will be extended by 90 days, as follows:

    1.    The May 18, 2015 discovery termination date is VACATED and EXTENDED to August 17, 2015;

    2.    The June 8, 2015 deadline to file motions relating to discovery (including, but not limited to, motions to compel and motions for protective order) is VACATED and EXTENDED to September 8, 2015;

    3.    The June 18, 2015 pretrial motions deadline is VACATED and EXTENDED to September 16, 2015;

---

[1] Defendants Joe Martinez and Christian Lopez were dismissed as parties on September 30, 2014. [Doc. 135].

4. The August 3, 2015 consolidated pretrial order date for Plaintiffs to Defendants is VACATED and EXTENDED to November 2, 2015; and

5. The August 17, 2015 consolidated pretrial order date for Defendants to Plaintiffs is VACATED and EXTENDED it to November 16, 2015.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiffs' Unopposed Motion to Extend Case Management Deadlines [Doc. 181] is **GRANTED IN PART and DENIED IN PART**. Deadlines that are not expressly changed herein remain unchanged.

**IT IS SO ORDERED.**

_____
**STEPHAN VIDMAR**
**United States Magistrate Judge**