IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TONY RAPATZ, ALICE GUERRA, and
KATHERINE GUERRA,

     **Plaintiffs,**

v.                                     **No. 12-cv-0827 JCH/SMV**

JOE MARTINEZ, CHRISTIAN LOPEZ,
ROBERT VIGIL, DANNY PACHECO,
CITY OF ESPAÑOLA EMPLOYEES AND
SUPERVISORS JOHN/JANE DOES, and
CITY OF ESPAÑOLA,

     **Defendants.**[1]

## ORDER SETTING IN-PERSON MOTION HEARING

**Date and time**:     June 8, 2015, at 9:00 a.m.

**Matters to be heard**: Plaintiffs' Motion for a Ruling on Plaintiffs' Motion to Compel Directed to the City (Doc. 156) and Regarding RFP No. 20 and Request that the Court Conduct an In Camera Questioning of the Defendants and the Confidential Informant [Doc. 174]

Plaintiffs' Third Motion to Compel and for Sanctions for Failure to Provide Discovery under Rule 26 [Doc. 177]

Plaintiffs' First Amended Motion for Sanctions against Defendants for Intentional Spoliation of the Confidential Informants' Files [Doc. 178]

A hearing on the above-listed motions [Docs. 174, 177, and 178] is hereby set for **June 8, 2015, at 9:00 a.m.** in the Doña Ana Courtroom, on the Third Floor of the United States Courthouse at 100 North Church Street in Las Cruces, New Mexico. **Lead trial counsel for**

---

[1] Defendants Joe Martinez and Christian Lopez were dismissed as parties on September 30, 2014. [Doc. 135].

**each side must appear in person.** In view of the number of matters to be heard, counsel should set aside the entire day for the hearing.

**IT IS THEREFORE ORDERED** that an **in-person** hearing on the above-listed motions [Docs. 174, 177, and 178] is set for **June 8, 2015, at 9:00 a.m.**

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**