

# NEW MEXICO FIRM, LLC

May 19, 2015

*Via Electronic-mail:* rlc@rcolelaw.com
Mr. Robert Cole
LAW OFFICE OF ROBERT COLE
6303 Indian School Rd. NE, Suite 100
Albuquerque, NM 87110

**RE:**   Rapatz et al. v. City of Espanola et al.
        Cause No.: 1:12-CV-00827-JCH-SMV

Dear Robert:

On March 31, 2015, the Court granted in part and denied in part Plaintiff's Motions to Compel. See *Doc.168* and *Doc.170*. The deadlines for providing supplemental discovery answers and response, including Bates Stamped documents was, respectively, April 23, 2015 [*Doc.168*] and April 24, 2015 [*Doc.170*].

I'm writing request that the discovery be provided as ordered by Judge Vidmar without Plaintiffs' need to file another motion to compel. Plaintiffs will allow the Defendants until Friday, May 22, 2015 to provide the ordered discovery before filing another motion to compel.

I presume from our last conversation that your clients have not changed their position with respect to their response to Judge Vidmar's valuation of the case.

Should you have any questions, please contact me.

Nathaniel V. Thompkins

cc:   Client *via e-mail*



Santa Fe
103 St. Francis Drive, Unit
Santa Fe, NM 87501
Phone: 505-988-9750   Fax: 866-617-8780

Exhibit A