UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TONY RAPATZ, ALICE GUERRA, and
KATHERINE GUERRA,

        Plaintiffs,

vs.

Case No.: 12-CV-00827 JCH/SMV

CITY OF ESPANOLA;
JOE MARTINEZ, individually;
CHRISTIAN LOPEZ, individually;
ROBERT VIGIL, individually;
DANNY PACHECO, individually; and
CITY OF ESPANOLA EMPLOYEES and SUPERVISORS JOHN/JANE DOES 1 through 5, individually,

        Defendants.

## NOTICE OF COMPLETION OF BRIEFING

COME NOW the Plaintiffs, Tony Rapatz, Alice Guerra, and Katherine Guerra [hereinafter "Plaintiffs"] by and through their counsel, New Mexico Firm, LLC [Nathaniel V. Thompkins] and hereby gives notice that the briefing has been completed with regard to Plaintiffs' Motions [*Docs.174, 177, 178* and *179*]. These matters are ripe for the issuance of an Order granting all three Motions.

Pleadings associated with this issue:

1. [*Doc.174*] Plaintiffs' Motion for a Ruling on Plaintiffs' Motion to Compel Directed to the City and Regarding RFP NO.20 and Request that the Court Conduct an In-Camera Questioning of the Defendants and the Confidential Informant – *Filed on May 2, 2015*;

2. [*Doc.178*] Plaintiffs' Motion for Sanctions against Defendants for Intentional Spoliation of the Confidential Informant's Files - *Filed on May 3, 2015*;

3. [*Doc.177*] Plaintiffs' Third Motion to Compel and for Sanctions for Failure to Provide Discovery under Rule 26 - *Filed on May 2, 2015*;

4. [*Doc.179*] Plaintiffs' Second Motion for Directed Verdict or Judgment as a Matter of Law on Counts I (Judicial Deception) and Count II (42 U.S.C. § 1983 violation of Fourth Amendment Rights) – *Filed on May 3, 2015*;

5. Defendants Responses were originally due, in accordance with D.N.M.LR-Civ. 7.4(a), within fourteen days of service of the Motions. May 2, 2015, was a Saturday, and May 3, 2015, was a Sunday, therefore, Defendants' Response were due on May 18, 2015. The parties agreed to a one week extension, which made the Response deadlines May 25, 2015. Pursuant to N.M.LR-Civ. 7.4(a), "the party requesting the extension [Defendants] <u>must file a notice identifying the new deadline</u> and the document (response or reply) to be filed." No Notice of Extension has been filed regarding *Docs.174, 177* and *178*. Additionally, N.M.LR-Civ. 7.4(a) provides that "[a]n extension of briefing time must not interfere with established case management deadlines". On May 13, 2015, the Court set a hearing for June 8, 2015 in Las Cruces. On May 21, 2015, the Court amended the Order for the June 8, 2015 hearing which is now set in Albuquerque, NM; If Defendants file a Response, at this late date, Plaintiffs would not have sufficient time to file a Reply before the June 8, 2015 hearing date;

6. Since no Responses have been filed the Court may proceed under D.N.M.LR-Civ. 7.1(b), which provides in relevant part that, "[t]he failure of a party to file and serve a response in opposition to a motion within the time prescribed for doing so constitutes consent to grant the motion."

**WHEREFORE,** Plaintiffs respectfully request that the Court enter an Order or Orders granting Plaintiffs the relief requested in the above-reference Motions, *Docs.174, 177, 178* and *179*.

                        **RESPECTFULLY SUBMITTED:**

By: /s/ Nathaniel V. Thompkins
Nathaniel V. Thompkins
103 St. Francis Drive, Unit A
Santa Fe, NM 87501
505-988-9750
Fax: (866) 657-8780
Email: nate@newmexicofirm.com
*Attorney for Plaintiffs*

## CERTIFICATION OF SERVICE

      I hereby certify that I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing this 1st day of June, 2015.

      Robert L. Cole, Esquire: rlc@rcolelaw.com
      *Attorneys for the City of Espanola, et al.*

By:   /s/ Nathaniel V. Thompkins
       Nathaniel V. Thompkins