IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**TONY RAPATZ, ALICE GUERRA, and
KATHERINE GUERRA,**

    Plaintiffs,

v.                                                                              No. 12-cv-0827 JCH/SMV

**JOE MARTINEZ, CHRISTIAN LOPEZ,
ROBERT VIGIL, DANNY PACHECO,
CITY OF ESPAÑOLA EMPLOYEES AND
SUPERVISORS JOHN/JANE DOES, and
CITY OF ESPAÑOLA,**

    **Defendants.**[1]

## ORDER TO FILE CLOSING DOCUMENTS

The parties notified the Court on June 8, 2015, that they have reached a settlement in this matter. The settlement includes the pending requests for attorney fees, expenses, and sanctions.

**IT IS THEREFORE ORDERED** that all pending non-dispositive motions and requests for expenses [Docs. 174, 177, 178, 187, 189] are **DENIED as moot**.

**IT IS FURTHER ORDERED** that closing documents be filed no later than **July 8, 2015**, absent a request for an extension and a showing of good cause.

**IT IS SO ORDERED.**

                                                      **STEPHAN M. VIDMAR
United States Magistrate Judge**

---

[1] Defendants Joe Martinez and Christian Lopez were dismissed as parties on September 30, 2014. [Doc. 135].