UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TONY RAPATZ, ALICE GUERRA, and
KATHERINE GUERRA,

        Plaintiffs,

vs.

        Case No.: 12-CV-00827 JCH/SMV

CITY OF ESPANOLA;
JOE MARTINEZ, individually;
CHRISTIAN LOPEZ, individually;
ROBERT VIGIL, individually;
DANNY PACHECO, individually; and
CITY OF ESPANOLA EMPLOYEES and SUPERVISORS JOHN/JANE DOES 1 through 5, individually,

        Defendants.

## JOINT NOTICE OF SETTLEMENT BETWEEN PLANTIFFFS AND DEFENDANTS

COME NOW the Plaintiffs, Tony Rapatz, Alice Guerra, and Katherine Guerra [hereinafter "Plaintiffs"] by and through their counsel, New Mexico Firm, LLC [Nathaniel V. Thompkins] and Defendants City of Espanola, Robert Vigil and Danny Pacheco by and through their attorney the Law Office of Robert Cole [Robert Cole] and hereby notify the Court that they have settled all disputed issues between them.

JOINTLY SUBMITTED:

By:   /s/ Nathaniel V. Thompkins
       Nathaniel V. Thompkins
       103 St. Francis Drive, Unit A
       Santa Fe, NM 87501
       505-988-9750
       Fax: (866) 657-8780
       Email: nate@newmexicofirm.com
       *Attorney for Plaintiffs*

JOINTLY SUBMITTED:

By:   /s/ Robert Cole
       Robert Cole
       6303 Indian School Rd., NE, Ste.100
       Albuquerque, NM 87110-5317
       (505) 872-8626
       Fax: (505) 872-8624
       Email: rlc@rcolelaw.com
       *Attorney for Defendants*